**Gerald A. GREEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50205.**

Missouri Court of Appeals,
Western District.

May 9, 1995.

John Schilmoeller, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion without an evidentiary hearing. Judgment affirmed. Rule 84.16(b).